UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:07-CR-67 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| DEMETRIUS JONES ) | |

## **O R D E R**

The Government requested a psychiatric/psychological evaluation of Defendant Demetrius Jones ("Defendant"). Defendant was evaluated and the findings in the evaluation were that defendant is not suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings filed against him or assist his attorney in his defense; defendant was sane at the time of the alleged offense; and, defendant was not lacking in the ability to form the necessary intent required by statute for said offenses (*see* Court File No. 105). Defendant waived a competency hearing, pursuant to 18 U.S.C. § 4247(d) (Court File No. 103).

Based upon this information, on April 16, 2008, Magistrate Judge Lee submitted a Report and Recommendation ("R&R"), recommending this Court find Defendant competent to stand trial (Court File No. 241). Defendant has not objected to that recommendation. This Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's R&R (Court File No. 105), pursuant to 28 U.S.C. § 636(b)(1), and **DETERMINES** Defendant is competent to stand trial.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**